**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 19, 2012

Lyle W. Cayce
Clerk

No. 11-10819
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HIRAM RODRIGUEZ MARTINEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CR-55-2

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Hiram Rodriguez Martinez raises arguments that he concedes are foreclosed by *United States v. Brown*, 920 F.2d 1212, 1216-17 (5th Cir. 1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472-73 (5th Cir. 2006), which held that a district court has the discretion to order under 18 U.S.C. § 3584 a federal sentence to run consecutively to a yet-to-be-imposed state sentence. *See Setser v. United States*, 132 S. Ct. 1463, 1468-73 (2012). The Government's motion for summary

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-10819

affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.